1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| SALOME CAMPOS, | Case No. 12-cv-03947-SVW-JC |
|---|---|
| Plaintiff, | **MODIFIED ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
| v. | |
| SEARS HOLDING CORPORATION, and K-MART CORPORATION, Does 1 to 20 inclusive, | |
| Defendants. | |

# [PROPOSED] O R D E R

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT** the provisions of the stipulation between the parties entitled "Stipulated Protective Order" (Docket No. 11) shall be entered as the Order of the Court and be binding upon the parties referenced within the document with the following modifications:

1. Any motion brought pursuant to paragraphs 7 or 9 of the Stipulated Protective Order shall be brought in accordance with Local Rules 37-1 through 37-4.

2. Paragraph 8 of the Stipulated Protective Order is modified to reflect that the referenced items will be "submitted for filing under seal" instead of "filed under seal."

3. Paragraph 14 is modified to add the following sentence after the first sentence thereof: "However, nothing in this Order relieves the parties of their obligation to proceed in accordance with the governing law and local rules (e.g., to establish adequate cause for proceeding on an expedited basis).

4. Paragraph 15 is modified to add the following sentence to the end of such paragraph: "Nothing in Order shall be construed to require the Court or its personnel (including the Clerk's Office) to return or destroy confidential/private information submitted to the Court."

DATED: August 10, 2012

/s/
HON. JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

12585648.1 (OGLETREE)